# PD-1616-15

No. _____

COURT OF CRIMINAL APPEALS

RICHARD LARES

V.

THE STATE OF TEXAS

MOTION FOR EXTENTION OF TIME
TO APPEAL

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 11 2015

Abel Acosta, Clerk

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

NOW COMES, Richard Lares, from the Fourth Court of Appeals in No. 04-15-00 183-CR, Affirmed in the Conviction No. 2006CR10110 from the 399th Judicial Dist. Court of Bexar County, Texas, and files this Motion for Extention of Time to Appeal for the following reasons and in support will show:

FILED IN
COURT OF CRIMINAL APPEALS

DEC 11 2015

Abel Acosta, Clerk

I.

The Fourth Court of Appeals held a hearing on 11-04-2015 and Affirmed the appellant's conviction, but appellant did not receive any Order or Ruling from the Court. Appellant filed a Notice of the issue and on 12-02-2015 appellant received the Court's Order in which it construed appellant's Notice as a Motion for Rehearing with a Denial and instructions to the clerk to send appellant his copy of Amended Brief. Appellant avers that he received an **incomplete copy** of said brief and requested for the remainder to be sent to him in a Notice dated 12-04-2015. Exhibit 1. Appellant awaits response from the court.

II.

Appellant has shown good cause for extention of time and believes that without said documents he is unable to support his claims sufficiently. Appellant is indigent and filing pro se, Affidavit of Indigency is on file.

Prayer - WHEREFORE PREMISES CONSIDERED, appellant prays that the Honorable Court Grant him this Motion for Extention of Time to Appeal, in the interest of justice.

Respectfully Submitted,

Richard Lares

X_____

CERTIFICATE OF SERVICE

I certify that the forgoing information is true and correct to the best of my knowledge and that a correct copy has this day of 12-07-2015 be sent to the Honorable Clerk of the Court of Criminal Appeals at P.O.Box 12308, Capital Station, Austin, Texas 78711, Attn: Abel Acosta.

Sincerely,

*Richard Lares*

Richard Lares, Pro Se
TDCJ-ID #1592255
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868

ORDER

On this the _____ day of _____ ,20_____. came to be heard appellant's Motion for Extention of Time to Appeal and said Motion is hereby:

( ) GRANTED                    ( ) DENIED

Signed and Dated _____.

_____
Presiding Justice

Copy
Sent 12/4/15

Exhibit 1

No. 04-15-00183-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

RICHARD LARES,
Appellant

V.

THE STATE OF TEXAS,
Appellee

Notice

TO THE HONORABLE JUSTICE(S) OF SAID COURT:

Comes Now, Richard Lares, Appellant herein, in style and cause, and provides Notice that your Appellant has received an **incomplete** copy of Appellant's amended **pro se brief** and in support provides the following:

I.

The Honorable Court's ORDER OF November 24,2015 instructed the Honorable Clerk to "enclose a copy of this court's opinion and a **copy** of appellant's amended pro se brief filed on August 24,2015 with this order."

II.

Appellant's letter to the Honorable Clerk Dated: Aug.19,2015 stated, "This Brief shall **replace** the original Brief I submitted **(only the Brief)**. The Exhibits and Affidavits and AE(Appeal Exhibits) please **keep together and add to Brief** because I refer to **those** documents that **were part of the original Brief**."

III.

Appellant avers that he did **not** receive any copy of his **original Exhibits, Affidavits, and AE**(Appeal Exhibits) that were part of his **Original Brief** that were submitted prior to Appellant's Amended Brief. Also, stipulated in his letter to the Clerk was "Please extract Pages 23 and 25 from my original brief and respectfully place them in this (amended) Brief as Pages 51 and 52."

IV.

It appears to Appellant that this Honorable Clerk may have overlooked this

Exhibit 1

reasonable request to extract those documents from the Original Brief and to incorporate them into Appellant's Amended Brief, and as such was NOT part of the documents Appellant Received on December 2,2015 (8 days later from the Court's Order of November 24,2015). This inadvertence may have also Prejudiced Appellant's Appeall Proceedings for lack of substantial showing of Appellant's Claims, further denying Appellant any Fair ~~Trial~~ Proceedings during Appeal.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Appellant prays that the Honorable Justices GRANT this Notice and send Appellant the remainder of the documents that were not sent to him,,in the interest of Justice, and to further grant any relief under its jurisdiction to reconsidering the merits of Appellant's Amended Brief because of the Honorable Clerk's possible **inadvertence to incorporate these material credible exculpatory evidence** into Appellant's Amended Brief and any other relief. SO MOVED, SO PRAYED FOR.

Sincerely Submitted,

Richard Lares, Pro Se

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above is true and correct to the best of my knowledge and the this document has been sent this day December 4,2015 to the Honorable Clerk of the Fourth Court of Appeals at Fourth Court of Appeals Cadena-Reeves Justice Center, 300 Dolorosa, Suite 3200, San Antonio, Texas 78205. Please send a copy to all parties needing notification due to appellant indigent.

Respectfully,

Richard Lares, Pro Se
Pack 1 Unit
2400 Wallace Pack Rd.
Navasota, Texas 77868